**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FILED-ED4

02 AUG - 1 PM 12: 25

CLERK
U.S. DISTRICT COURT

JUDGE ZAGEL

Leonard Garrett

Plaintiff

No:

**Vs**

Mayor E. Miller, Ald. D. Webb, Police Commissioner
Ray Ashley., Police Chief Eric Lymore, Sgt. Tyler,
Sgt. K. Wright and The City of Markham, Ill. d/b/a
A Muncipial Corp.

Defendants

5437

DOCKETED MAGISTRATE JUDGE SCHENKIER

AUG 0 2 2002

**COMPLAINT**

Now comes the Plaintiff , Leonard Garrett, a born citizen of the Untied States of America and

inhabitant of Cook County Illinois all within the territory of the Untied States, now here appearing

and pray for relief before this  Honorable Court herein, and invokes the sovereignty of the Untied

States Constitution. Plaintiff brings civil action against the Defendants , elected officials, sworn under

oath to serve and protect the Plaintiff's Civil Rights pursuant to USC as follows:

1.   This Honorable Court should not hold this litigant's pro se' pleading to the same standards of

perfection of lawyers. This action arises under the Fourth and Fourteenth Amendments to the United

States Constitution and under the Civil Rights Act Title 42,USC>1983(21), Title 18 USC~241 ,the

deprivation of Plaintiff's civil rights guaranteed by the United States Constitution.

This case involves the Defendants, "who under color of law" actions against the Plaintiff cause him to

challenge the Defendants actions and conduct as sworn officials.

Plaintiff urges the Court to take particular concern since the Defendants have been unwilling to protect

thoserights. Plaintiff avert that the Defendants are government employees who deprived Plaintiff of his

civil rights while acting "under color of law" and  has breached their obligations and duty to protect the

**1.**

civil liberties of The Untied States Constitution. By such breaches of their duties the Defendants have waived their immunity.

At all times pertinent to this complaint, the Defendants, each of them, while acting in their capacities described and in doing the things hereafter set forth, were acting "under the color of law" of alleged state statutes, rules, and practices.

**2.** All Defendants, were at all times material to this complaint . This suit against the Defendants is brought under the "expressively authorized" exception of 42 USC-1983(21) to 28 USC-2283 anti-injunction provisions for equitable relief. The Defendants is being sued for their willful participation "under color of law" proceeding by denial of the Plaintiff's Fourth and Fourteenth Amendments, denied the right for opportunity, and deliberate and selected application and omission of The Supreme Law of The Land that flagrantly and potently violated express constitution prohibition. The Defendants were the direct cause of Plaintiff's injuries and cause for relief. Defendants, All officials of the City of Markham, Illinois , Mayor E. Miller and Police Commissioner Ray Ashley, Police Chief, Eric Lymore and Alderman David Webb, Sgt. Tyler and Sgt. K.Wright of the City of Markham , were at all times material to this complaint .The Defendants is Being sued in their official capacity where in it is alleged that they subjected and cause the deprivations of the Plaintiff's civil rights and privileges secured by the United Sates Constitution. That they having knowledge of the wrongs conspired to be done and alluded to in 42 USC-1985, or wrongs

to be committed and having the power to prevent or aid in preventing the same, neglected or refused to do that which they by reasonable diligence could have prevented. The Defendants are direct or proximate cause of Plaintiff's injuries and cause for relief.

**2.**

**STATEMENTT OF THE CASE**

**3.** This is an action for declaratory, and relief for damages,and injuries brought by Plaintiff, who is unable to afford an attorney and come before the Court In Propria Persona. The subject of this suit is the deprivation of the Plaintiff's constitutionally guaranteed rights and conspiracy to violate those rights. Plaintiff has undergone illegal arrest, extraordinary harassment, intimidation, denied an equal share of law and protection and threats by the Defendants. The Plaintiff has suffered extreme mental anguish, depression, affective disorders, functional limitations and degrees of limitations. Plaintiff did not know that in the City of Markham, Il. that the custom is base on extortion."pay for protection".

**4.** This claim arises under the United States Constitution, particularly under provisions of the Fourth, Fourteenth and Fourteenth sec.(1) Amendments. As those issues concern the Plaintiff, this case claims that the Defendants "under color of law" conspired and engaged in conduct in conspiracy which violated the Plaintiff's civil rights afforded him under federal statutes. Authority for this suit is given to this court under(USC Title 42~1983, Title 18~241 and the Civil Rico.

**LAW-THE SUPREME LAW OF THE LAND:**

**5.** The Constitution of the Untied States is the "supreme law of the land" the Fourteenth, Fourth and Equal Protection Amendments are among the most defiled of all rights.

**6.** Plaintiff alleges that the Defendants have continuously impeded and hindered the due course of Justice, when intent to deny the Plaintiff equal protection of law and discriminated by so doing..
Who ever "under the color of law" of any statute ,ordinance, regulation or custom or usage, of any state or territory or the District of Columbia, subjects, or cause to be subjected, any citizen of the United States or other party within jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the United States Constitution and laws, shall be liable to the party injured in an action at law, suit is equity or proper proceeding in redress.

**3.**

**CAUSE OF ACTION**

**COUNT I**
**VIOLATION OF THE FOURTH ,FOURTEENTH AMENDMENTS AND TITLE 18**
**USC~241 AND TILLE 42, USC~1983**

7.Defendants conspired to do and did trespass and without notice and arrested Plaintiff at his

establishment Club Mycasa , a Night Club during business hours, in the presence of staff and patrons

ocated at 16658 South Ashland

Ave. Markham Illinois on October 14, 1998. This action of a illegal arrest for "ordinance violations"

The Defendants brought the Plaintiff to a liquor hearing to intimidate and harass.Here to as Exhibit B

8. Defendants trespassed, to interrupt and to deprive the Plaintiff of a lively hood to search, and

arrested Plaintiff and  seize his business documents without due process at his place of business.

9. The Defendants, harassed Plaintiff's females patrons, and guest, by  entering  the ladies restroom

with a camera and took pictures.

10. Defendant, Sgt. Tyler "ordered the Plaintiff's business close and every one to get out or be

arrested".

11.Defendant, Sgt. Tyler, in disguise, dressed as a Markham police officer lead other Markham police

officers, with intent to prevent or hinder the Plaintiff's free exercise or enjoyment of any rights or

privilege secured to the Plaintiff by the United States Constitution. To engage in  an illegal raid.

12.Sgt. Tyler in disguise could not sign the arrest complaint, because he was not employed by The

Markham Police Dept. So, Sgt. Kevin Wright wrote the complaint, and signed the complaint in his part

to conspired  to interrupt Plaintiff, but was not present at the arrest scene. Hereto as:    (Exhibit A).

Defendant, Sgt. Kevin Wright and other officers entered the Plaintiff's business after official

closing to intimidate and make threats by  ordering  the Plaintiff and his staff

off the property, or go to jail on or about June 29,1999.

**4.**

**COUNT II**
**VIOLATIONS TO THE FOURTEENTH AMENDMENT SECTION (1) TITLE 42 SC~1983(21)**

**13.** Defendants conspired to and did deprivation of rights of "equal protection" by denying Plaintiff's "equal share of law" of Police presence, to deter crime.

**14.** Defendant Sgt. Tyler "under the color of law" ordered the police officers under his supervision to "stay away from the Plaintiff's business".

**15.** Defendants response time after at 911 call would be any where from fifteenth to twenty minutes when they are in a radius of ten minutes away.

**16.** Crimes were on the rampage outside of the Plaintiff's business, after closing and without the presence of police any and every thing when on outside of the building.

**17.** When or if the police arrived nothing was done, no arrest were made, placing the Plaintiff and his business in harms way, without protection.

**18.** Police Chief, Eric Lymore confessed that "there is only one patrol car in the first ward and we can not protect you and your business". This is the ward where Ald. Webb and Police Commissioner, Ray Ashley resides and the Markham Roller Rink own by Mayor Miller, have equal protection. But denied equal protection to the Plaintiff and his business Club Mycasa a building that is in the First Ward.

Plaintiff was held liable for crimes in the streets that occurred after closing and he suffered damages to lost of income, mental stress, anxiety attacks and severe depression, during many investigations for what happened in the streets after closing.

**COUNT III**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS**

**19.** Defendants actions were deliberately calculated to interfere with Plaintiff's business affairs and personal affairs.

**20.** All of the above actions by the Defendants have been intentional and calculated by them to cause extreme emotional distress to the Plaintiff, or alternatively. The Mayor conspired with Defendants and others to interfere and interrupt the Plaintiff's rights. In furtherance of their conspiracy the Defendants carried out the acts repeatedly from October 14, 1998 thru June 1999.

**21.** The Defendants actions have been direct at punishing and destroying the Plaintiff for not yielding to their extortion demands.

## INJURY TO PLAINTIFF

By nature of their acceptance of authority delegated to them by the State of Illinois, Mayor Evans Miller, Police Commissioner Ray Ashley, Police Chief of Police Chief Eric Lymore,

Sgt. Tyler and Sgt. Kevin Wright.

By reason of Defendants violation to Civil Rights Act Title 42,USC~1983(21) Title 18 USC~241 and injured Plaintiff in person and property Business credit, personal credit, " the right to make a living " suppression and dehumanized causing the Plaintiff severe depression, affective disorders, affective disorders, and high amounts of emotional stress causing physical and mental decay, reducing the Plaintiff to welfare with permanent disability. Plaintiff is injured in his person and property, or deprived of having and exercising any rights or privileges as a citizen of the United States. The Plaintiff so injured and deprived has an action for recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

## PRAYER FOR RELIEF

**Plaintiff respectfully prays for the Honorable Court awards judgment against Defendants, and Demands further that this Court:**

1. Declare that the Defendants have acted illegally and unconstitutional in violating Plaintiff's constitutional rights and liberties.

**6.**

**2.** Plaintiff demands restitution in the amount of **TEN MILLION DOLLARS AND**

**IMPRISONMENT OF ALL DEFENDANTS NAME IN THIS COMPLAINT**.

Respectfully submitted

Leonard H. Garrett
54 Deerpath Rd.
Matteson, Illinois 60443
708-720-9274

I, _____, certify that I am the Plaintiff in the above action. The
allegation in this complaint are true.

*Truth is found only when dedicated men are free to inquire after it. If we refuse to fight for dignity of truth we have substituted expediency for justice.*

7.

USE ONLY FOR CLAIMS

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name **Leonard H. Garrett**          Alias _____

Residence **54 Deer Path Rd**   **Matteson**   **IL**   **60443**
                          City/Town          State   Zip

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | ☐ Yes ☐ No |
|-----|------|--------|--------|--------|-----|------------|-------|-----------|
| M | B | 225 | 600 | 9/17/51 | | Med | Med | Arrestee had been using Alcohol/Dr |
|  |  | 218 | 5'10 |  |  | DARK 6ch |  |  |

MUNICIPAL DEPARTMENT......... DISTRICT

CITY OF MARKHAM      Plaintiff  }

v.

Leonard H. Garrett      Defendant  }      No. ...........................

Sgt. K. Wright
.................................................... complainant, now appears be
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that **Leonard Garrett**...........
                                                (defendant)

has, on or about **October 14, 1998**          **16658 S. Ashland Markham, Cook County, Ill**
                    (date)                              (place of offense)

committed the offense of .......... **OBSCENITY** ............................... in that h
                                    (offense)

KNOWINGLY DIRECTED A FEMALE DANCER, **Andrea Gaston** ......... TO PERFORM A LEWD

DANCE, TO WIT: A LAP DANCE.

In violation of Chapter .......... **134** ................. Section .**04.2**.

STATE OF ILLINOIS } ss.
COOK COUNTY

| | | | | | |
|-|-|-|-|-|-|

A O i C   C O D E

_Sgt. K. Wright_
(Complainant's Signature)

**16313 S. Kedzie Markham, Ill 331-2171**
(Complainant's Address)      (Telephone No.)

_Wright_
(Complainant's Name Printed or Typed)

being first duly sworn, ...... **his** ...... on oath, deposes and says that he/she read the foreg
complaint by him/her subscribed and that the same is true.

_Sgt. J. Wright_
(Complainant's Signature)

Subscribed and sworn to before me ................................  10-14 ....19.9

**" Exhibit A "**              ............................ (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that t
is probable cause for filing same. Leave is given to file said complaint.

Summons issued,
   or                Judge..................................................
Warrant issued,     Bail set at,.........................................
   or
Bail set at ........................... Judge

REC'D. 10-2

TELEPHONE: 708-331-4
FAX: 708-331-8
POLICE DEPT.: 708-331-2



# City of Markham

**16313 KEDZIE PARKWAY • MARKHAM, ILLINOIS • 60426**

| Evans R. Miller | Theresa M. Cannon | Otto M. Bradford |
|---|---|---|
| *Mayor* | *City Clerk* | *City Treasurer* |

October 21, 1998

Miss Betty Garrett
Club Mycasa
16658 Ashland Avenue
Markham, Illinois    60426

Dear Miss Garrett:

I am writing to you as Liquor License Commissioner for the City of Markham.

A liquor hearing concerning your Class "A" liquor license has been scheduled for Monday, November 2, 1998, 11:00 A.M. in my office at Markham City Hall.

This hearing is for ordinance violations that occurred at your establishment Club Mycasa, located at 16658 Ashland Avenue, Markham, Illinois on October 14, 1998.  If you wish to bring witnesses you may do so.

Sincerely,

Evans R. Miller
Liquor Commissioner

ERM/ems

Exhibit B