# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

U.S. DISTRICT COURT
CLERK
03 APR -8 PM 1:42
FILED FOR DOCKETING
ED-7

DOCKETED
APR 0 9 2003

Leonard Garrett

    Plaintiff

**Vs**

The City of Markham, Ill. d/b/a A
Muncipial Corp.

    Defendant

**JUDGE ZAGEL**
**No: 1:02C 5437**

## PLAINTIFF'S AMENDED COMPLAINT
## PURSUANT TO:FRCP. Pro 15(a)[ FRCP-Rule 21.]

Now comes the Plaintiff , Leonard Garrett, a born citizen of the United States of

America and inhabitant of Cook County Illinois all within the territory of the Untied

States, now here appearing and Demand Judgment for relief before this  Honorable Court

herein, and invokes the sovereignty of the Untied States Constitution. Plaintiff brings civil

action against the Defendant,  Authority for his suit is given to this court under the

[ 1$^s$Amendment ,Fourth Amendment, Fourteenth, Amendment, Fourteenth section `1 ]

[ USC Title 42~1983>(21) ], [ USC Title 18~241]  guaranteed    by The United States

Constitution.

    **1.**  Defendant, a Municipal Corp. are those which have their object the government of a

portion of the state and with a portion of political power; "*acting  under the color of law*"

violated and denied the Plaintiff's Rights.

Defendant, and Agents  were at all times material to this complaint . This suit against the

Defendant is brought under the "expressively authorized" exception of [ 42 USC-

1983(21) to 28 USC-2283] anti- injunction provisions for equitable relief. The

Defendant is being sued for willful participation "*acting under color of law*"

proceeding to victimized and dehumanized the Plaintiff.

1.

2. Defendant knowledge of their elected officials, agents and sworn Officers of Law wrongs and conspiracy, to interfere with Plaintiff's civil rights, began on or about October 7,1998 thru on or about May 8, 2001. And having the power to prevent or aid in preventing the same, neglected or refused to do that which they by reasonable diligence could have prevented. Pursuant to:[ 42 USC~1985 ].

## CAUSE OF ACTION

### COUNT I

### DEFENDANTS VIOLATES PLAINTIFF'S- FOURTH -FOURTEENTH AMENDMENTS SECTION (1) AND TITLE 18 USC~241 AND TILLE 42, USC~1983 & HARRASMENT AND INTIMDATION

3   On or about October 7, 1998, Plaintiff's 911 call for a disturbance outside of his place of business, Sgt. Tyler, a Markham's Police "acting under the color of law" arrived and denied Plaintiff's "*equal share of law*" and protection. And was denied the presence of Police Officers, order by "Sgt. Tyler" and from that day on.

4.   On or about October 14, 1998 Sgt. Tyler, acting 'under the color of law" in disguise as Markham Police Officer Supervisor. Leaded Markham Police Officers in an illegal raid to interrupt Plaintiff's business and removed him from his property and seized document, without WARRANT or [ *Due Process*]. Hereto as [Exhibit A] CLASS "C" COMPLAINT signed by Sgt. Wright who was not present at the illegal arrest and the Defendant know that Sgt. Tyler is longer employed by The City of Markham Police Dept

5.   Sgt. Tyler, acting "*under the color of law"* in disguised to deprive, with intent or hinder and to interrupt the Plaintiff's lively hood  free exercise or enjoyment of any rights or privileges "order the Plaintiff's business close and ordered every one to get out or go to jail" on or about October 14, 1998.

2.

6.    Defendant's Police Officers *"acting under the color of law"* trespassed, to interrupt and with malice to deprive the Plaintiff of a lively hood to seize his business documents without **WARRANT** or **DUE PROCESS** repeated violations from on or about October 14,1998 thru on or about June 20, 1999.

7.    Sgt. Wright "acting under the color of law" trespassed and entered Plaintiff's business, to intimidate and make threats of arrest and ordered the Plaintiff and his family and friends off the Plaintiff's property, or go to jail.

8.    Defendant acting "under the color of law" conspired to trespass do and did damages with malice to Plaintiff's property and seized a stationary electrical sign without [Due Process] on or about July 19, 1999.Hereto as [Exhibit B] a undated letter Plaintiff received October 9, 1999, from Markham Police Dept.

## COUNT II

## DEFENDANTS VIOLATES PLAINTIFF'S FIRST AMENDMENT

9    Defendant's public works dept. acting *"under the color of law"* without **DUE PROCESS** repeated to trespass to do and did damages by painting over business logos, freedom of speech and political views. From July 17,2000 through on or about May 8, 2001.

10.    On or about October 7, 2000 Alderman David Webb trespassed on Plaintiff's property with six cars of Markham's Police Officers "*acting under the color of law*" with malice to intimidate and threats to arrest Plaintiff's for exercising his First Amendment Right and expression political views.

3.

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

All of the above actions by the Defendant agents display intentional and calculated by them to cause extreme emotional distress to the Plaintiff, or alternatively.

The Mayor conspired with Defendants and others to interfere and interrupt the Plaintiff's rights.

The Defendant repeated illegal closures and hearings brought against the Plaintiff for what happens outside the Plaintiff's business, after closing.

The Defendant actions "under the color of law" have been direct at punishing and destroying the Plaintiff for not yielding to their demands.

The Defendant agent attorney Steve Miller ordered the Property closed and to be a "DARK GHOST CORNER". On or about June 19,1999

Defendant's intimidations and a lien placed on Plaintiff's property "for the cost of a clean up" and without **DUE PROCESS.** Hereto as [ Exhibit C]

### INJURY TO PLAINTIFF

1.     By nature of their acceptance of authority delegated to them by the State of Illinois, all Defendant violations of the Plaintiff's Constitutional and Civil Rights Act Title [42,USC~1983(21) ] >[Title 18 USC~241]-42 USC sec. 1985 chpt. 21-CIVIL RIGHTS] First, Fourth, Fourteenth Amendments. Those violations acting "under the color of law". . Plaintiff suffered and to this date is suffering cause by the actions of the Defendant, in  person and property business credit, personal credit, denied " the right to make a living " suppression and dehumanized causing the Plaintiff extreme severe depression, affective disorders,  and high amounts of emotional stress causing one heart attack,and open heart surgery.

The memory of Civil Rights Violations and to remind the Plaintiff of his living conditions of dehumanization events during the era of Jim Crow. Plaintiff is injured in his person and property, or deprived of having and exercising any rights or privileges as a citizen of the United States. Hereto [Exhibit D] Psychiatric Review.

## PRAYER FOR RELIEF

Plaintiff demands Judgment in restitution for violations of his Constitutional and Civil Rights in the amount of: TEN MILLION DOLLARS.

Plaintiff demands Judgment for Punitive Damages in the amount of: TEN MILLION DOLLARS.

Respectfully submitted,

*Leonard H. Garrett*

Leonard H. Garrett
54 Deerpath Rd.
Matteson, Illinois 60443
708-720-9273

I, _____, certify that I am the Plaintiff in the above action. The allegation in this complaint are true.

*Truth is found only when dedicated men are free to inquire after it. If we refuse to fight for dignity of truth we have substituted expediency for justice.*

## INFORMATION AND DESCRIPTION OF DEFENDANT

Name **Leonard Garrett**     Alias _____

Residence **54 Deer Path    Matteson IL 60443**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | City/Town | | State | Zip |

| Sex | Race | Weight | Height | D.O.B. | Age | Complexion | Build | ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|
| M | BLK | 225 | 600 | 9/17/47 | 51 | MBr | MBr | Arrestee had been using Alcohol/Drugs |

6th

### MUNICIPAL DEPARTMENT ......... DISTRICT

**City of Markham**     Plaintiff     ⎫

v.     ⎬     No. ..............

**Leonard Garrett**     Defendant     ⎭

**Sgt. K. Wright** .......................................................... complainant, now appears before

(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that **Leonard Garrett**

(defendant)

has, on or about ....**October 14, 1998**........ **16658 S. Ashland Markham, Cook County, Ill**

(date)                  (place of offense)

committed the offense of     OBSCENITY .................................... in that he/she

(offense)

KNOWINGLY DIRECTED A FEMALE DANCER, **Patricia Bouldin**     TO PERFORM A LEWD

DANCE, TO WIT: A LAP DANCE.

in violation of Chapter ........**134**........ Section ..**02.2**..

STATE OF ILLINOIS   ⎫

COOK COUNTY   ⎬ ss.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

A O I C   C O D E

*Sgt. K. Wright 405*

(Complainant's Signature)

**16313 S. Kedzie Markham, Ill 331-2171**

(Complainant's Address)         (Telephone No.)

*Wright*

(Complainant's Name Printed or Typed)

being first duly sworn, ........ his ........ on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

*Sgt. J. Wright*

(Complainant's Signature)

Subscribed and sworn to before me ................................ **10-14 98**

_____

(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,     Judge ........................................    Judge's No.
or

Warrant Issued,     Bail set at, ...................................

or

Bail set at ........................... Judge ........................    Judge's No.

*Exhibit A*

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



# MARKHAM POLICE DEPT.

Dear Mr. Garrett

This letter is to inform you that your portable sign from Mi Casa

Lounge has been towed by Stat Towing to their tow yard located at

16510 Crawford.  The sign was towed in violation of the local City

Ordinance.  If you would like to retrieve this sign please contact Bill

Schmidt at 708 333-8200, or contact Officer Spivey at 708 331-2171.

Thank you

R. Spivey, #527

*R. Spivey #527*

*Exhibit*
*B*

*NO DATE ON LETTER.*
*REC'D. 10-9-99*
*11:30 A.M. BY*
*REGULAR MAIL.*
*POST MARK ENVELOPE*
*ATTACHED*

*SIGN WAS PERMANENTLY*
*INSTALLED IN PAVEMENT*
*AND RIPPED OUT.*
*SIGN REMOVED ON MONDAY MORNING*
*OF 7-19-99*

# D
## M
### G
ENTERPRISES, INC.

July 24, 2000

CERTIFIED NO. P 438 191 235

Department of Public Works
City Of Markham
16313 S. Kedzie Parkway
Markham, Illinois 60426

Dear Sir:

I am requesting who authorized the defacement of the building
located at 16658 S. Ashland, formally known as Club Mycasa on
Wednesday, July 17, 2000.

I am expecting an immediate response.  Thank you!

Sincerely,

LEONARD GARRETT

cc:  Mayor Evans Miller

LHG:bg

*Exhibit*
*C 192*



# City of Markham

( EXHIBIT " C )

**16313 KEDZIE PARKWAY · MARKHAM, ILLINOIS · 60426**

| Evans R. Miller | Theresa M. Cannon | Otto M. Bradford |
|---|---|---|
| *Mayor* | *City Clerk* | *City Treasurer* |

July 28, 2000

Mr. Garrett

Re: 167th & Ashland

Dear Mr. Garrett,

There was no defacement of your building after failing to reach you to have you clean up your building & grounds. The Public Works Department cut and removed weeds and covered graffiti, & foul language that was on the building. Also a lein was placed on the property for the cost of cleaning up the property.

Sincerely,

Daniel E. Costello
Superintendent of Publics Works

DEC/yyc

cc: file

Exhibit C"

p.2 of 2

## OHA PSYCHIATRIC REVIEW TECHNIQUE FORM

NAME: Leonard H. Garrett        SSN: 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

Assessment is for:  Current Evaluation

Senior Attorney-Advisor's Signature                Date

_David E. Taylor_                                  AUG 1 8 2000

I.   MEDICAL SUMMARY

A.   Medical Disposition(s):  RFC Assessment Necessary
                              (i.e., a severe impairment is
                              present which does not meet or
                              equal a listed impairment)

B.   Based Upon Category(ies):     12.04

II.  Reviewer's Notes (Does not apply to OHA)

III. DOCUMENTATION OF FACTORS THAT EVIDENCE THE DISORDER
     (Evaluation of the existence of a sign or symptom
     CLUSTER or SYNDROME for the Listed Disorder.)

| PRESENT | ABSENT | | | |
|---------|--------|----|-------|----------------------------------|
| [ ]     | [ ]    | A. | 12.02 | Organic Mental Disorders |
| [ ]     | [ ]    | B. | 12.03 | Schizophrenic, Paranoid and other Psychotic Disorders |
| [x]     | [ ]    | C. | 12.04 | Affective Disorders |
| [ ]     | [ ]    | D. | 12.05 | Mental Retardation and Autism |
| [ ]     | [ ]    | E. | 12.06 | Anxiety Related Disorders |
| [ ]     | [ ]    | F. | 12.07 | Somatoform Disorders |
| [ ]     | [ ]    | G. | 12.08 | Personality Disorders |
| [ ]     | [ ]    | H. | 12.09 | Substance Addiction Disorders |

C.   12.04  Affective Disorders - Disturbance of mood,
     accompanied by a full or partial manic or depressive
     syndrome, as evidenced by at least one of the following:

     PRESENT-ABSENT-INSUFFICIENT EVIDENCE

1.   [x]  [ ]  [ ]  Depressive syndrome characterized by at
                    least four of the following:
                    a.  [ ]  Anhedonia or pervasive loss of
                             interest in almost all
                             activities, or
                    b.  [ ]  Appetite disturbance with
                             change in weight, or
                    c.  [x]  Sleep disturbance, or

_Exhibit_  _D_

```
d.    [ ]   Psychomotor agitation or
            retardation, or
e.    [x]   Decreased energy, or
f.    [x]   Feelings of guilt or
            worthlessness, or
g.    [x]   Difficulty concentrating or
            thinking, or
h.    [x]   Thoughts of suicide, or
i.    [x]   Hallucinations, delusions or
            paranoid thinking
```

2.    [ ] [ ] [ ]   Manic syndrome characterized by at least
                    three of the following:

```
a.    [ ]   Hyperactivity, or
b.    [ ]   Pressures of speech, or
c.    [ ]   Flight of ideas, or
d.    [ ]   Inflated self-esteem, or
e.    [ ]   Decreased need for sleep, or
f.    [ ]   Easy distractibility, or
g.    [ ]   Involvement in activities that
            have a high probability of
            painful consequences which are
            not recognized, or
h.    [ ]   Hallucinations, delusions or
            paranoid thinking
```

3.    [ ] [ ] [ ]   Bipolar syndrome with a history of
                    episodic periods manifested by the full
                    symptomatic picture of both manic and
                    depressive syndromes (and currently
                    characterized by either or both
                    syndromes)

4.    [ ] [ ] [ ]   Other

## .V.   RATING OF IMPAIRMENT SEVERITY

### A.   "B" CRITERIA OF THE LISTINGS

THE FOLLOWING FUNCTIONAL LIMITATIONS (WHICH APPLY TO PARAGRAPH B OF LISTINGS
12.02-12.04 AND 12.06-12.08 AND PARAGRAPH D OF 12.05) EXIST AS A RESULT OF
THE INDIVIDUAL'S MENTAL DISORDER(S).

NOTE:     ITEMS 3 AND 4 BELOW ARE MORE THAN MEASURES OF FREQUENCY.  DURATION
          AND EFFECTS OF THE DEFICIENCIES (ITEM 3) OR EPISODES (ITEM 4) ARE
          DISCUSSED IN THE DECISION.

Listing(s) under which the items below are being rated:  12.04

### FUNCTIONAL LIMITATION AND DEGREE OF LIMITATION

1.    Restrictions of Activities of Daily Living:

None[ ] Slight[ ] Moderate[x] Marked*[ ] Extreme[ ] Insuff Evid[ ]

2.    Difficulties in Maintaining Social Functioning:

ie[ ] Slight[ ] Moderate[x] Marked*[ ] Extreme[ ] Insuff Evid[ ]

3.    Deficiencies of Concentration, Persistence or Pace Resulting in Failure
      to Complete Tasks in a Timely Manner (in work settings or elsewhere):

/er[ ] Seldom[ ] Often[ ] Frequent*[x] Constant[ ] Insuff Evid[ ]

4.    Episodes of Deterioration or Decompensation in Work or Work-Like
      Settings Which Cause the Individual to Withdraw from that Situation or
      to Experience Exacerbation of Signs and Symptoms (which may Include
      Deterioration of Adaptive Behaviors):

/er[ ] Once/Twice[x] Repeated*(3+)[ ] Continual[ ] Insuff Evid[ ]

:gree of limitation that satisfies the Listings: Extreme, Constant and
itinual also satisfy that requirement.

B.    Summary of Functional Limitation Rating for "B" Criteria

NO. OF FUNCTIONAL LIMITATIONS MANIFESTED AT THE LISTING LEVEL: [1]
(The number must be at least 2 to satisfy the requirements of paragraph B in
Listings 12.02, 12.03, 12.04 and 12.06 and paragraph D in 12.05; and at least
3 to satisfy the requirements in paragraph B in Listings 12.07 and 12.08.)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LEONARD GARRETT

      PLAINTIFF                               NO. 02 C 5437

      VS

THE CITY OF MARKHAM, IL   d/b/a

A MUNICIPAL CORPORATION

      DEFENDANT

## AFFIDAVIT

1. I HAVE KNOWN THE PLAINTIFF FOR 37 YEARS, WHERE HE WAS THE OWNER OF OTHER BUSINESSES, THREE OF WHICH WAS LOCATED IN THE CITY OF MARKHAM, ILLINOIS AND THE OTHER IN MATTESON, ILLINOIS.

2. PLAINTIFF WAS ARRESTED AND HANDCUFFED IN THE PRESENCE OF STAFF AND CUSTOMERS IN OCTOBER 1998.

3. PLAINTIFF REPEATLY ASKED FOR POLICE PRESENCE AT 16658 SOUTH ASHLAND AVENUE AND WAS DENIED POLICE PRESENCE AT CLOSING WHICH WOULD HAVE ABSOLUTELY DEFERRED DISTURBANCES.

4. THERE WERE REPEATED ILLEGAL CLOSINGS BY THE CITY OF MARKHAM.

5. A COMMERCIAL ELECTRIC SIGN HAD BEEN INSTALLED IN PAVEMENT FOR TWO YEARS PRIOR BUT PULLED OFF ITS PERMANENT STAND WITHOUT NOTICE, DUE PROCESS OR EXPLANATION BY THE CITY OF MARKHAM.

(1)

6. THE DEFENDENTS COVERED AND REMOVED PLAINTIFF'S BUSINESS LOGOS AND REPEATED POLITICAL STATEMENTS ON BUILDING LOCATED AT 16658 SOUTH ASHLAND AVENUE, MARKHAM, ILLINOIS FOR MORE THAN 12 MONTHS. THE DEFENDANT'S HARASSMENT FURTHER CONTINUED WHEN THE CITY OF MARKHAM USED GRAY PAINT TO COVER CUSTOMIZED BUSINESS LOGOS AND POLITICAL VIEWS. AFTER THE PLAINTIFF PAINTED HIS POLITICAL VIEWS ON HIS BUILDING AGAIN THE CITY CAME OUT A SECOND AND THIRD TIME USING BLACK PAINT.

7. THE CITY OF MARKHAM FURTHER HARASSED PLAINTIFF WHILE HE WAS ON HIS PROPERTY WHEN ALDERMAN DAVID WEBB OF THE 4TH WARD STEPPED OUT OF HIS CAR AND ACCUSED THE PLAINTIFF OF SLANDER. THE ALDERMAN CALLED THE MARKHAM POLICE AND HAD SIX MARKHAM POLICE OFFICERS COME OUT WITHIN MINUTES TO ARREST THE PLAINTIFF, HOWEVER NO ARREST WAS MADE AT THAT TIME.

8. I HAVE WITNESSED THE PLAINTIFF'S LOSS OF MENTAL HEALTH DUE TO STRESS, DEPRESSION, PHYSICAL HEALTH, SEXUAL DESIRE, LOSS OF ENERGY AND OPTIMISTIC OUTLOOK ON LIFE.

9. PLAINTIFF SUFFERED A HEART ATTACK AND ENDURED OPEN HEART SURGERY IN SEPTEMBER 2000.

10. OUT OF FEAR FOR THE PLAINTIFF AND MYSELLF, I AVOID TRAVELING THROUGH MARKHAM AND SHOPPING AT STORES I ONCE FRENQUENT BECAUSE I DO NOT FEEL SAFE AS TO WHAT THE POLICE AND OFFICIALS IN THE CITY MIGHT DO TO CAUSE US FURTHER HARM. IT IS EMOTIONALLY SAD TO MY HUSBAND AND ME BECAUSE I GREW UP IN MARKHAM. MY FATHER HAD A BUSINESS IN MARKHAM FOR OVER 35 YEARS UNTIL HIS DEATH IN 1995. HE WAS THE FIRST AFRICAN-AMERICAN ALDERMAN ELECTED IN THE CITY OF MARKHAM SERVING

TWO CONSECUTIVE TERMS. WE PURCHASED OUR FIRST HOME IN MARKHAM AS YOUNG ADULTS AND RAISED OUR TWO CHILDREN DURING THEIR FIRST 12 YEARS. I HAVE AUNTS AND COUSINS STILL LIVING IN MARKHAM BUT I DO NOT VISIT THEM AT THEIR HOMES BECAUSE I FEAR BEING IN MARKHAM FOR ANY REASON AND AT ANY TIME.

THESE ARE MY TRUE STATEMENTS AND FACTS OF EVENTS THAT HAVE OCCURRED.

_Betty J. Garrett_

BETTY J. GARRETT

54 DEERPATH RD.

MATTESON, IL. 60443

708-720-9273

**THIS DAY OF** April _7th_ , 2003

**NOTARY PUBLIC**

_Annette Harris_

"OFFICIAL SEAL"
Annette Harris
Notary Public, State of Illinois
My Commission Exp. 10/29/2005

(3)

January 30, 2000

Public Intergrity Unit
2650 S. California
Chicago, IL 60608

Dear Sir or Madame:

I applied for a business liquor license through Mayor Evans Miller,
Liquor Commissioner for the City of Markham in 1996.

During an interview Mayor Miller told me if I had any problems with
the Police Department, I should take my complaints to the Police
Chief Latimore.

After a year of operating Club Mycasa, It had the appearance of
Business success due to the weekly crowd of customers. I was
approached by Sargent Tyler for cash to secure police protection.
I adamently refused to entertain his proposition and immediately
complained to the Chief of Police not knowing they were in full
agreement, including the Mayor.

Since that time I have been severely handled in my Club Mycasa
Night Club Business. Police were slow to respond to club
disturbances, no visability of police at closing time caused
lots of fights and shootings to intensify.

I increased security inside and out, installed extra lighting on
the parking lot and posted signs. Disturbances reduced drastically
inside but problems on the parking lot continued. I went to Police
Chief Latimore requesting more police protection for the parking
lot, knowing police presence would deter a lot of the parking lot
violence. Customers and non customers would get in their cars and
leave instead of continuing to party in the parking lot after closing.

Officers told me they were not allowed to patrol and protect Club
Mycasa by orders from their superiors, Sargent Tyler, especially.

It seems that refusing to pay $750 per week and openly complaining
target me to be a loud mouth and caused me not to operate a legal
business in Markham and made me an example to other bar owners.

The Mayor would close my business down after each incident, take my
license from the premises, send flyers and petitions out to the
neighborhood and conduct a public hearing. No one else received
such systematic treatment. The first time, one week for the
hearing date and three days after the hearing. The second closing
one week for a hearing date and two weeks after the hearing. The
third closing, one week for the hearing date and three weeks after
the hearing. The fourth time my license was not removed from the
premises, one week for the hearing date, two weeks for the written

Decision which was to revoke the liquor license for serving a minor,
It was hearsay testimony which was never proven and the unfortunate
death of a 19 year old shot by a bullet fired several houses from
the club was never mentioned.  All of these closing took place
within an eight month period.

It was apparent long before the final incident athat more police
presence was needed.

The Mayor had said at one hearing, you take care of the inside and
they would take care of the outside.  Then, at a later hearing he
denied making that statement.  It was recorded on their city tape
recorder and heard by several people.

Other bars in Markham have had fights, shootings and deaths inside
and outside the premises and were not closed and remain open.  The
Mayor has experience violence at his place of business, The Markham
Skating Ring owned by him and his son, Attorney Steve Miller.  They
were never closed down or received the special unfair treatment we
have experienced and endured.

After my license was revoked, I decided to operate the Business without
liquor and put "OPENING SOON" on my permanent bill board sign.  Two
weeks later the city had my sign towed without notifying me.  The
sign was extracted from the cement pavement leaving holes where the
pipe legs, spikes, nuts and bolts were installed.  Three months went
by without a call, letter or any acknowledgement that my signed was
towed.

On Sunday, October 2, 1999 Club Mycasa had a suspicious fire with severe
damage inside.  There was nothing on to cause a fire.  The Markham Fire
Department responded quickly and prevented a total loss but the Markham
Police Department did not notify me of the fire, or were they present
when my wife and I arrived at the scene.

We were notified by a neighbor, hours later.  However, the Tobacco,
Alcohol and Fire Arms and the FBI were present.  I was glad to see them
to make sure things would be above board and with some balance and check.

After I mentioned to the FBI and Tobacco People about the malicious act
by the city to remove my sign, I received a letter with no date from
Officer Spivak regarding the sign.  It stated the mobile sign was a
violation of city ordinances.  The sign was an electrical sign firmly
cemented into the pavement and had been there for two years.

A second letter arrived a month later saying the sign could be obtained
at the towing company.  The daily storage charged had accrued to
$1,700.00.  The sign cost $350.00 and an additinal $150.00 to electrically
wire and permanently install into the cement pavement.  Other similar
signs are still located in the city of Markham and some have been there
before my sign and remain in tact to date.

Mayor Evans Miller, Police Commissioner Ray Ashley, Police Chief
Latimore, Attorney Steve Miller and Alderman David Webb of the
First Ward where Club Mycasa is located conspired to destroy my
rights to operate a business in Markham by not providing adequate
police protection to patrons and holding me severely and solely
responsible for the shooting incidents that took place outside my
business establishment in the parking lot after closing and whether
they were customers or not.  They were aware of the problems and did
nothing to provide prevention except the single action of closing
me down.  They repeatedly refused to provide police presence at
closing time when they were made aware of the need.

At one City Hall Meeting in July, 1999, Attorney Steve Miller boasted
about the city being in partnership with all the businesses in Markham.

During Attorney Steve Miller's closing arguements at my final day of
Liquor hearings in July, 1999 he publically stated that he wanted
Club Mycasa to be a DARK GHOST CORNER and that is exactly what it is
today.  It was also recorded on the city tape recorder and heard by
everyone present at the hearing.


Respectfully,

Leonard H. Garrett
54 DEERPATH ROAD
MATTESON, IL 60443

PHONE:  (708)  720-9274
FAX:    (708)  720-9273

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Leonard Garrett
       Plaintiff

Vs.

No.    02-C-5437

Judge Zagel

The City of Markham

d/b/a A Municipal Corp.
         Defendants

### AFFIDAVIT

I, Leonard Garrett, at the age of twenty bought my first house located at 3360

Mangolia Dr. Markham Il.

Out of fear of the color of law in the City of Markham, I am afraid to enter the city,

for fear of what the color of law has done already or what they are capable of doing.

I feel unsafe to visit, or travel through the city , where my Farther-in –law was

elected one of the first black Alderman.

This is where I lived for over ten years where my wife grew up.

Where I bought a business, and was dehumanized, intimidated, harassed

Threatened and deprived of any rights all inflicted upon "under the color of law".

The Defendants returned me back in time to JIM CROW before Dr. King proved to

the world that we as black people were HUMAN BEINGS.

Further Affiant sayeth not, Leonard Garrett- 54 Deerpath Rd. Matteson, Il. 60443

Subscribed and sworn before

*Leonard Garrett*    *[signature]*

Leonard Garrett

This __8__ day of __April__ ,2003

_____

**NOTARY PUBLIC**

"OFFICIAL SEAL"
HEINRICH ERNST
Notary Public, State of Illinois
My Commission Expires Dec. 10, 2004