# United States District Court
## Northern District of Illinois
### Eastern Division

LEONARD GARRETT

v.

CITY OF MARKHAM

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 5437

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the motion to dismiss the City of Markham is granted.

Michael W. Dobbins, Clerk of Court

*Donald R. Walker*

Donald Walker, Deputy Clerk

Date: 7/29/2003